# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148214

ALBERT BEST, DEBORAH AUSTIN, and
MARTHA SZOSTAK,
          Plaintiffs/Counter-Defendants,
and

SHARON DAY and JULIAN HOWARD,
          Plaintiffs/Counter-
          Defendants-Appellees,
and

VIVIAN BEST, CHERYL CRIST, HEIDI
RICE, MICHAEL A. VALLILLO, and
MARIA VALLILLO,
          Plaintiffs,
v

PARK WEST GALLERIES, INC.,
          Defendant/Counter-Plaintiff/
          Third-Party Plaintiff-Appellant,
and

ALBERT SCAGLIONE and MORRIS
SHAPIRO,
          Defendants-Appellants,
and

ROYAL CARIBBEAN CRUISES, LTD.,
          Defendant-Appellee,
and

FINE ART REGISTRY and FRANK HUNTER,
          Third-Party Defendants.

SC: 148214
COA: 305317
Oakland CC: 2008-096952-CZ

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

      On order of the Court, the application for leave to appeal the September 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

t0324